# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| In Re: Patrick Michael Price | : | Case No. 11-57595 |
| Heidi Sue Price | | |
| | : | Chapter 13 |
| | : | Judge Preston |

## WITHDRAWAL OF OBJECTION TO PROOF OF CLAIM
## DOC # 32

Now comes Frank M. Pees, Standing Chapter 13 Trustee, hereby withdraws objection to proof of claim Doc # 32 filed February 10, 2012.

Dated: February 28, 2012     Respectfully submitted;

/s/Frank M. Pees
Frank M. Pees
Chapter 13 Trustee
130 E Wilson Bridge Rd # 200
Worthington OH 43085-6300
614-436-6700
Fax 614-436-0190
trustee@ch13.org

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

In Re: Patrick Michael Price  :  Case No. 11-57595
      Heidi Sue Price

   :  Chapter 13

   :  Judge Preston

## CERTIFICATE OF SERVICE

Frank M. Pees, Trustee, states that a copy of this Withdrawal was mailed to the parties listed below by regular United States Mail or electronically mailed.

Dated: February 28, 2012

**Notice will be electronically mailed to:**
Asst US Trustee (Col)
Frank M. Pees
Michael A Cox Esq

**and on the following by ordinary U.S. Mail addressed to:**

Patrick Michael Price
Heidi Sue Price
117 Bitternut Ln
Westerville, OH 43081

State of Ohio
Charles Mifsud Special Counsel
326 S High St Annex Ste 201
Columbus, OH 43215

                                                      /s/ Frank M. Pees
                                                      Frank M. Pees
                                                      Chapter 13 Trustee